DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail: DavidLopezEsq@aol.com



### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE

   Plaintiff,      08 Civil 2434 (COTE, J.)

- against -

IMMUNOSYN CORPORATION,
ARGYLL BIOTECHNOLOGY LLC,
DOUGLAS McCLAIN, JR. and
JAMES T. MICELLI,

   Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

### NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that this action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

ISSUE has not been joined.

Dated: Southampton, New York
   April 15, 2008

Yours, etc.

_____
David Lopez, Esq. (DL-6779)

**S O  O R D E R E D:**

_____
Denise Cote, U.S.D.J.
New York, New York
April 22, 2008